UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
HAHN & HESSEN LLP,

                Plaintiff,

       -against-

PECK, et al.,

               Defendants.
------------------------------------------------------------- X

14 Civ. 05320 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a telephone conference was held on September 12, 2014, for the reasons stated at the conference, it is hereby

    **ORDERED** that Plaintiff's motion to remand is GRANTED. The Clerk of Court is directed to close the motion at Docket No. 12 and to REMAND this action to the Supreme Court of the State of New York, New York County.

SO ORDERED.

Dated: September 15, 2014
       New York, New York

                                      LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE